UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF PACIFICA, et al,<br><br>           Defendants.<br>_____/ | No. C 01-4823 EMC<br><br>ORDER RE SETTLEMENT PROCESS AND THE CONFIDENTIALITY OF ATTENDANT SETTLEMENT COMMUNICATIONS |

On June 8, 2006, the parties participated in a settlement conference hosted by the undersigned. After extensive conversations involving all parties and counsel, the following agreements and commitments were made and are hereby endorsed by ORDER OF THIS COURT:

1. By June 9, 2006, the City Attorney (Ms. Quick) will confirm in writing the date by which the defendants will post the bond that will secure stay of collectability of the judgment herein.

2. By June 14, 2006, plaintiff will notify (in writing) the undersigned and defense counsel whether Mr. Fromm is agreeable to proceed with exploration of settlement possibilities by following the procedural path discussed by the participants in the settlement conference of June 8, 2006.

If the settlement process is to continue along the lines discussed at the June 8th settlement conference, counsel for plaintiff also will provide the undersigned with the

information needed to contact a representative of the California Coastal Commission (to explore the possibility of the Commission, through a staff member, attending in an informal capacity the meetings contemplated during the concept stage of the settlement process).

3. By June 16, 2006, the City will identify (in a writing delivered to plaintiff's counsel and the undersigned) the person the City has selected to be its representative during the "concept" stage of the settlement process.

4. By July 14, 2006, counsel will submit to the undersigned a progress report that describes at a general level the status of the discussions that have occurred during the "concept" stage of the settlement proceedings. The undersigned will use that report to identify a deadline for completion of the concept stage and to fix a date for a meeting of a larger group of interested persons and parties to explore in earnest the feasibility of proceeding with development of the cite.

5. All parties and counsel have agreed, and the Court hereby ORDERS, that no party may disclose or attempt to use for any purpose in any judicial or administrative proceeding any evidence of any communication or conduct that occurs in connection with the exploration of prospects for settlement during this "concept" stage of the settlement proceedings. All communications (oral, written, electronic, or otherwise undertaken) that are made in connection with this process are confidential and privileged and may not be disclosed for any purpose or to any person outside this settlement process and may not be used for any purpose other than trying to determine in these privileged proceedings whether the pending disputes can be settled.

IT IS SO ORDERED.

Dated: June 9, 2006.         */s/ Wayne D. Brazil*
                             WAYNE D. BRAZIL
                             United States Magistrate Judge

Copies to:

All parties, EMC
WDB, Stats

2