United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH PACIFICA, LLC, | No. C-01-4823 EMC |
| Plaintiff, | |
| v. | **ORDER RE BRIEFING ON DEFENDANT'S APPLICATION FOR ORDER DIRECTING REFUND OF DEPOSIT** |
| CITY OF PACIFICA, *et al.*, | |
| Defendants. | **(Docket No. 649)** |
| _____/ | |

The City of Pacifica has asked for an order releasing to it the security deposit that it previously filed with the Court in the amount of $783,505.56. *See* Docket No. 649. The Court shall give North Pacifica until September 19, 2008, to file a response to the City's application. The response shall be limited to five pages. There shall be no reply, absent further order of the Court.

IT IS SO ORDERED.

Dated: September 12, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge