COPY

09/29/2008    09:38    3103792895                    WARSHAW&POPE                              PAGE   03/05

1   PATRICK J. McMAHON, State Bar #059727
    GAGEN, McCOY, McMAHON KOSS MARKOWITZ & RAINES
2   279 Front Street
    P.O. Box 218
3   Danville, CA 94526
    Telephone: (925) 837-0585
4   Facsimile: (925) 838-5985

5   MICHELLE MARCHETTA KENYON, State Bar #127969
    McDONOUGH, HOLLAND & ALLEN
6   1901 Harrison Street, Ninth Floor
    Oakland, CA 94612
7   Telephone: (510) 273-8780
    Facsimile: (510) 839-9104

8   LEE C. ROSENTHAL. State Bar #058778
    JAMES T. DIAMOND, JR., State Bar #131525
9   GOLDFARB & LIPMAN LLP
    1300 Clay Street, Ninth Floor
10  City Center Plaza
    Oakland, CA 94612
11  Telephone: (510) 836-6336
    Facsimile: (510) 836-1035

12
    Attorneys for Defendants
13  CITY OF PACIFICA, PACIFICA PLANNING COMMISSION,
    PACIFICA CITY COUNCIL

14

15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

18

19  NORTH PACIFICA LLC,                        Case No.: CV 01-04823 EMC

20                 Plaintiff,                  STIPULATION REGARDING RETURN
                                               OF CASH DEPOSIT  ; ORDER
21           v.
                                               BY FAX
22  CITY OF PACIFICA, PACIFICA PLANNING
    COMMISSION, PACIFICA CITY COUNCIL,
23  and DOES 1-10, inclusive,

24                 Defendants.

25

26

        STIPULATION AND ORDER REGARDING RETURN OF CASH DEPOSIT

275\09\592718.1


1. On or about May 4, 2006, acting pursuant to Rule 62 of the Rules of Civil Procedure, the District Court issued its order requiring that the City of Pacifica ("City") post a bond or cash deposit in the amount of $783,505.56 as security for payment of the judgment in the above-captioned litigation against the City.

2. On June 19, 2006, as ordered, the City deposited the sum of $783,505.56 with the Court as security for payment of the judgment (the "Security Deposit").

3. On May 13, 2008, the Ninth Circuit Court of Appeal issued its opinion and judgment on appeal ordering the District Court to reverse the judgment against the City and enter judgment in the City's favor.

4. In response to the Ninth Circuit decision, the District Court, on August 12, 2008, entered judgment in the City's favor.

5. In light of the reversal of the judgment and entry of judgment in the City's favor, the parties, through their respective attorneys hereby, stipulate that the Court may order the Security Deposit and interest accrued thereon released to the City of Pacifica.

DATED: September 25, 2008

GOLDFARB & LIPMAN LLP

By: _____
LEE C. ROSENTHAL
Attorneys for Defendants
CITY OF PACIFICA, PACIFICA
PLANNING COMMISSION, PACIFICA
CITY COUNCIL

DATED: September 29, 2008

WARSHAW & POPE

IT IS SO ORDERED

By: _____
JAQUELYNN C. POPE
Attorneys for Plaintiff
NORTH PACIFICA LLC

Edward M. Chen
U.S. Magistrate

IT IS SO ORDERED

Judge Edward M. Chen

The Law Offices of
Goldfarb & Lipman
1300 Clay Street
Ninth Floor
City Center Plaza
Oakland
California 94612
(510) 836-6336
(510) 836-1035 FAX